Entered: February 25, 2021
Signed: February 25, 2021

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:  20–20253 – MCR     Chapter:  7

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Ingrid Ivins
*debtor has no known aliases*
PO Box 1126
Olney, MD 20830–1126

Social Security No.:  xxx–xx–5078

Employer's Tax I.D. No.:

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 11/20/20.

The estate of the above–named debtor has been fully administered.

ORDERED, that Laura J. Margulies is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec** – *edevine*